IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA


FILED JUL 11 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 3:17CR 090 |
| | ) | |
| | ) | Conspiracy to Distribute |
| LORENZO COLEMAN, | ) | Five Kilograms or more of Cocaine |
| a.k.a. "Rock," | ) | 21 U.S.C. §§ 841(a) and 846 |
| (Counts One - Four) | ) | (Count One) |
| | ) | |
| VERNON BOONE, | ) | Conspiracy to Distribute |
| a.k.a. "Turk," | ) | Five Hundred Grams or more of |
| (Count One) | ) | Cocaine |
| | ) | 21 U.S.C. § 841(a) and 846 |
| AND | ) | (Count Two) |
| | ) | |
| TRAVIS WILLIAMS, | ) | Distribution of Cocaine |
| a.k.a. "Trick," | ) | and Aiding and Abetting |
| (Counts Two – Four) | ) | 21 U.S.C. § 841(a) and |
| | ) | 18 U.S.C. § 2 |
| Defendants. | ) | (Counts Three and Four) |
| | ) | |
| | ) | Forfeiture Allegation |

July 2017 TERM - At Richmond, Virginia

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Conspiracy to Distribute Cocaine)

Beginning in or about June 2013, and continuing up through and including February 2015, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendants,

1

LORENZO COLEMAN, a.k.a. "Rock," and VERNON BOONE, a.k.a. "Turk," did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with each other and with others, known and unknown, to distribute, and possess with the intent to distribute, five kilograms or more of Cocaine Hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A)(ii)).

(In violation of Title 21, United States Code, Section 846).

## COUNT TWO
(Conspiracy to Distribute Cocaine)

Beginning in or about September 2016 and continuing up through and including May 10, 2017, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendants, LORENZO COLEMAN, a.k.a. "Rock," and TRAVIS WILLIAMS, a.k.a. "Trick," did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with each other and with others, known and unknown, to distribute, and possess with the intent to distribute five hundred grams or more of Cocaine Hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B)(ii)).

(In violation of Title 21, United States Code, Section 846).

## COUNT THREE
(Distribution of Cocaine and Aiding and Abetting)

On or about February 14, 2017, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendants, LORENZO COLEMAN a.k.a. "Rock" and TRAVIS WILLIAMS, a.k.a. "Trick," did knowingly, intentionally, and unlawfully distribute, and did aid, abet, counsel, command, and induce the distribution of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2).

## COUNT FOUR
(Distribution of Cocaine and Aiding and Abetting)

On or about March 8, 2017, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendants, LORENZO COLEMAN a.k.a. "Rock" and TRAVIS WILLIAMS, a.k.a. "Trick," did knowingly, intentionally, and unlawfully distribute, and did aid, abet, counsel, command, and induce the distribution of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendants are hereby notified that upon conviction of any of the offenses alleged in Counts One through Four of this Indictment, the defendants shall forfeit any property constituting, or derived from, and any proceeds obtained, directly or indirectly, as a result of the offenses charged; and any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offenses charged.

(In accordance with Title 21, United States Code, Section 853.)

A TRUE BILL: Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Angela Mastandrea-Miller
Assistant United States Attorney

4