IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | Criminal No. 3:17CR09-001 |
| | ] | |
| LORENZO COLEMAN, | ] | |
| a.k.a., "Rock" | ] | |
| | ] | |
| Defendant. | ] | |

## DEFENDANT'S MOTION TO WITHDRAW
## HIS OBJECTION TO THE PRE-SENTENCE REPORT

COMES NOW the defendant, LORENZO COLEMAN, by counsel, and as his Motion to Withdraw his Objection to the Pre-sentence Report, states as follows:

The defendant's previous objection to the four-level enhancement for role in the offense pursuant to U.S.S.G. §3B1.1(a) is hereby withdrawn. After careful review, discussion between defense counsel and counsel for the government, discussion between attorney and client, and consideration of other relevant factors, the defendant requests that his previously filed Objection to the Pre-Sentence Report be withdrawn.

The defendant has no objections to the Pre-sentence Report.

Respectfully submitted,
LORENZO COLEMAN

By: _____/s/_____
J. Paul Gregorio

1

J. Paul Gregorio, Esquire (VSB#39829)
INNSBROOK LAW GROUP, PC
11539-C Nuckols Road
P.O. Box 4170
Glen Allen, VA 23058
(804) 935-3090
(804) 935-3091 fax
Counsel for the defendant
pgregorio@innsbrooklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of November, 2019, I sent by electronic filing a true and exact copy of the foregoing pleading to the Clerk of the U.S. District Court and to the following persons:

Assistant U.S. Attorney, Angela Mastandrea-Miller, 919 East Main St, Ste 1900, Richmond, VA 23219

                                                                                   /s/
                                      J. Paul Gregorio, Esquire (VSB#39829)
                                      INNSBROOK LAW GROUP, PC
                                      11539-C Nuckols Road
                                      P.O. Box 4170
                                      Glen Allen, VA 23058
                                      (804) 935-3090
                                      (804) 935-3091 fax
                                      Counsel for the defendant
                                      pgregorio@innsbrooklaw.com