

5-17-22

Hello:

I will like to Receive copy of my Docket. Number is 3:17CR00090-001 And any other paperwork I can get that go with this case

Lorenzo Coleman
X *Lorenzo Coleman*