RECEIVED

AUG 2 5 2022

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

8/22/22

Yes im writing you today for the paperwork
protaining my case. you had told me 10 cent a copy
so what the ~~total~~ my be. Because I will like to read
up on my case.          Case # 3:17 cr 90

Lorenzo Coleman

X Lorenzo Coleman